NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MANTISSA CORPORATION,**

*Plaintiff-Appellant*

**v.**

**ONDOT SYSTEMS, INC., LONE STAR NATIONAL BANK, LONE STAR NATIONAL BANCSHARES-TEXAS, INC.,**

*Defendants-Appellees*

---

2017-2533

---

Appeal from the United States District Court for the Southern District of Texas in No. 4:15-cv-01133, Magistrate Judge Dena Hanovice Palermo.

---

## JUDGMENT

---

ANTHONY JOHN DEMARCO, Young Basile Hanlon & MacFarlane, P.C., Houston, TX, argued for plaintiff-appellant.  Also represented by KENNETH GODLEWSKI, Hunter Taubman Fischer LLC, Washington, DC.

RYAN R. SMITH, Wilson, Sonsini, Goodrich & Rosati, PC, Palo Alto, CA, argued for defendants-appellees.  Also

represented by ADAM WILLIAM BURROWBRIDGE, Washington, DC.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CLEVENGER, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 3, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court